

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

May 9, 2025

*Via ECF*
Hon. Jennifer L. Rochon, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

> The requested extension is GRANTED.  Plaintiff shall file her motion for default judgment by **May 19, 2025**.
>
> Date:   May 9, 2025
>           New York, New York
>
> **SO ORDERED.**
>
> *[signature]*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Brigitte Stelzer v. The Publisher Desk LLC*
         Case No: 1:25-cv-01401-JLR

Dear Judge Rochon:

    We are the attorneys for the plaintiff Brigitte Stelzer ("*Plaintiff*") in this matter and write to respectfully request a one-week extension of time to file a motion for default judgment.

    Pursuant to Paragraph 1.F of Your Honor's individual rules, the undersigned informs the Court as follows:

    The Court granted a courtesy extension of time for Defendant to Answer or appear in this action from March 19, 2025 to April 6, 2025, and directed Plaintiff to inform the Court as to next steps by April 11, 2025. *Text only Order dated April 6, 2025.* Defendant did not Answer or otherwise appear and, as a result, Plaintiff filed a request for the Clerk to enter a notation of default on April 9, 2025. *Dkt. Nos.* 12-13, *et seq.* The Clerk entered the notation of default on the following day. *Dkt. No.* 15. Thereafter, Plaintiff filed a status report on April 10, 2025, advising the Court that we had communicated with Defendant who advised the undersigned that it "would not make any appearance or discuss the matter further and stated that they will wait to hear from the court and proceed accordingly." *Dkt. No.* 16. Thereafter, Your Honor entered an Order directing Plaintiff to file a motion for default judgment by April 21, 2025. *Dkt. No.* 17.

    On April 16, 2025, the undersigned filed a letter motion requesting an extension of time to file the motion for default judgment to May 12, 2025. *Dkt. No.* 18. Your Honor granted that request on the same day. *Dkt. No.* 19. This was the only prior request for an extension of time, and there is no adversary who has appeared in this action.

By this letter, the undersigned respectfully requests a second extension of time to file the motion for default judgment for one week, to May 19, 2025. The reason for this request is that I am presently away from my office and have encountered significant technical difficulties in accessing my resident files, as well as the Court's website. I am therefore concerned that if the problem is not resolved, I will be unable to complete and file the motion by the current due date.

I do not anticipate the need for any further requests for an extension, and it is respectfully submitted that no prejudice will result to the non-appearing Defendant if the instant request is granted.

In closing, I thank the Court for its consideration of this request.

Respectfully submitted,

/s *Dina Nouhian*
Dina Nouhian