UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIGITTE STELZER,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE PUBLISHER DESK LLC,<br><br>                              Defendant. | 1:25-cv-01401 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On May 19, 2025, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* Dkt. 22.

IT IS HEREBY ORDERED that Defendants shall file any opposition to the motion for default judgment by **June 10, 2025**.  Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

IT IS FURTHER ORDERED that Defendants shall appear for a default judgment hearing before this Court on **June 17, 2025 at 4:00 p.m.** in the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 20B, on the motion for a default judgment against Defendants.  In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall notify the Court promptly and the Court will adjourn that conference or treat it as an initial pretrial conference with respect to any such appearing Defendant.

IT IS FURTHER ORDERED that Plaintiff shall serve Defendants with a copy of this Order **within two business days of the filing of this Order**. Within **two business days of service,** Plaintiffs must file proof of such service on the docket.

Dated: May 20, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge